NUMBER 13-04-00374-CV
 
COURT OF APPEALS
 
THIRTEENTH DISTRICT OF TEXAS
 
CORPUS CHRISTI - EDINBURG


________________________________________________________________ 

IN RE ROLLS ROYCE CORPORATION
 
_____________________________________________________________ 
 
On Petition for Writ of Mandamus 
______________________________________________________________ 

MEMORANDUM OPINION

Before Justices Hinojosa, Rodriguez & Wittig



Per Curiam Memorandum Opinion




         Relator, Rolls Royce Corporation, filed a petition for writ of mandamus in the
above cause on July 21, 2004. On August 4, 2004, the real parties in interest, Myra
Vasquez, et al., filed a response to relator’s petition for writ of mandamus, and relator
thereafter filed a reply to the response of the real parties in interest.
         The Court, having examined and fully considered the petition for writ of
mandamus, the response, and reply, is of the opinion that relator has not shown itself
entitled to the relief sought and the petition for writ of mandamus should be denied. 
See Tex. R. App. P. 52.8. Accordingly, the petition for writ of mandamus is DENIED. 
                                                                        PER CURIAM


 

Memorandum Opinion delivered and filed
this 24th day of August, 2004.